UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Civil Action No.: 6:23-cv-00512

Freedom Mortgage Corporation

                        Plaintiff,                **ORDER APPOINTING**

-against-                                        **SUBSTITUTE REFEREE**

Diane M. Lakomski

                        Defendants.
-----------------------------------------------------------------X

**UPON** reading and filing the summons, complaint and notice of pendency filed in this action on April 26, 2023 in the District Court Clerk's office, United States Court for the Northern District of New York, the Judgment of Foreclosure and Sale duly filed and entered in this action, and the Declaration in Support of Robert Tremaroli, Esq., dated April 21, 2025, from which it appears that this is an action to foreclose a mortgage on property located at 70 Gilbert Street, Oneonta, NY 13820 and that Maureen A. Byrne, Esq. is unable to serve in her capacity as referee,

**NOW**, upon motion of Frenkel, Lambert, Weisman & Gordon, LLP, attorneys for the plaintiff

**ORDERED**, that the Referee, Maureen A. Byrne, Esq., duly appointed herein pursuant to the Judgment of Foreclosure and Sale dated October 29, 2024, be and is hereby relieved and discharged of any and all obligations.

**ORDERED,** that Joelle E Rotondo Esq., with offices at 6701 Manlius Center Road, Suite 204, East Syracuse, NY 13057, phone number 315-437-3909 is hereby appointed substitute referee to Sell; and it is further

**ORDERED**, that all other provisions contained in the Judgment of Foreclosure and Sale entered in the Otsego County Clerk's Office on October 29, 2024, remain in full force and effect.

Dated: April 28, 2025

Our File No.: 01-097834-F00

*/s/ Glenn T. Suddaby*
Glenn T. Suddaby
U.S. District Judge