UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x Civil Action No.: 6:23-cv-00512

Freedom Mortgage Corporation,

                Plaintiff,        **ORDER VACATING DEFAULT JUDGMENT OF FORECLOSURE AND SALE AND VOLUNTARY DISMISSING COMPLAINT**

Diane M. Lakomski

                Defendant(s).

------------------------------------------------------------------x

      Before the Court is a motion to voluntary dismiss the complaint pursuant to Fed. R. Civ. P. §41(a)(2), Vacating the Default Judgment of Foreclosure and sale pursuant to Fed. R. Civ. P. §60(b). The action was commenced by filing of the complaint on April 26, 2023, The Summons and Complaint was served on the defendant, Diane M. Lakomski. The Defendant failed to answer, appear or motion with respect to the Complaint and defaulted. On October 29, 2024, the Court granted the plaintiff default Judgment and a Judgment of Foreclosure and Sale. The Judgment was recorded with the Otsego County Clerks office on Judgment recorded April 10, 2025 under Instrument No. 2025-3284 and a foreclosure sale was scheduled for June 24, 2025, and that prior to the sale, Defendant Diane M. Lakomski reinstated the mortgage loan subject to this action. On these grounds, it is hereby:

      **ORDERED**, that the motion is hereby granted and the Default Judgment of Foreclosure and Sale is vacated pursuant to Fed. R. Civ. P. §60(b); and it is further

      **ORDERED**, that the above entitled action is hereby discontinued and the loan is hereby decelerated pursuant to CPLR 3217(b), without prejudice; and it is further

      **ORDERED,** that the Clerk of the County of Otsego is hereby directed, upon payment of the proper fees, to record this Order against the premises known as 70 Gilbert Street, Oneonta, NY 13820

identified on the tax map of Ontsego County as Section 299.12 Block 3, Lot 4 and to expunge the Order as recorded on April 10, 2025 under Instrument No. 2025-3284 ; and it is further

**ORDERED**, that the Referee Joelle E Rotondo, Esq., appointed pursuant to the Order appointing substitute Referee is hereby relieved and discharged of any and all obligations.

SO ORDERED:

_____
Glenn T. Suddaby
U.S. District Judge

Dated: October 2, 2025

01-097834-F00